UNDERWOOD *v.* THE STATE.

CANDLER, J.  The charge complained of was not, for any reason assigned in the
    motion for a new trial, erroneous ; the evidence warranted the verdict, and
    the court did not err in refusing to grant a new trial.
*Judgment affirmed.  All the Justices concurring, except Lumpkin, P. J., absent.*

Argued November 17, — Decided December 9, 1902.

Accusation of selling liquor.　Before Judge Crisp.　City court of Americus.　September 11, 1902.

*J. H. Lumpkin*, for plaintiff in error.